| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ALICE M. SOTO, | ) | 1:05-cv-01336-SMS |
| | ) | |
| Plaintiff, | ) | **ORDER FOR PLAINTIFF TO APPEAR** |
| | ) | **AND SHOW CAUSE WHY THIS ACTION** |
| v. | ) | **SHOULD NOT BE DISMISSED FOR** |
| | ) | **FAILURE TO TIMELY FILE AN** |
| JO ANNE B. BARNHART, | ) | **OPENING BRIEF** (Doc. 5) |
| Commissioner of Social | ) | |
| Security, | ) | **DATE:  10/6/06** |
| | ) | **TIME:  9:30 A.M.** |
| Defendant. | ) | **CTRM:  7 – Sixth Floor** |
| | ) | |
| | | **DECLARATION RE: CAUSE DUE**: **9/22/06** |

Plaintiff is proceeding pro se in an action seeking judicial review of an administrative decision of the Commissioner of Social Security that denied, in whole or in part, her claim for benefits under the Social Security Act.

On October 24, 2005, plaintiff filed her complaint (Doc. 1). On November 14, 2005, the Court issued a Scheduling Order (Doc. 5) directing plaintiff to file an Opening Brief ninety-five days (95) after the defendant filed the administrative record **OR** sixty-five (65) days after plaintiff served on defendant a confidential letter brief.  On May 17, 2006, defendant filed the

1

administrative record.  Thus, pursuant to the Scheduling Order, plaintiff's Opening Brief was due filed and served on or before August 22, 2006.  To date, plaintiff has neither filed an Opening Brief nor sought an extension of time within which to do so.

A failure to comply with an order of the Court may result in sanctions, including dismissal, pursuant to the inherent power of the Court or the Federal Rules of Civil Procedure. Fed. R. Civ. P. 41(b), 11; Local Rule 11-110; Chambers v. NASCO, Inc., 501 U.S. 31, 42-43 (1991).  Plaintiff's failure to timely file an Opening Brief may well result in dismissal of this action.

Accordingly, it is HEREBY ORDERED that:

1.   This matter is SET for hearing, at which plaintiff must PERSONALLY APPEAR, on Friday, October 6, 2006, at 9:30 a.m. in Courtroom No. 7 on the Sixth Floor of the United States Courthouse, 2500 Tulare Street, Fresno, CA, 93721, before the Honorable Sandra M. Snyder, United States Magistrate Judge, for consideration of dismissal for lack of prosecution and failure to obey an order of the Court; and,

2.   If plaintiff has any reasons why this action should not be dismissed, they shall be submitted by a sworn Declaration of Facts on or before September 22, 2006, to which plaintiff may append a supporting memorandum of law, to include:

    (A)   an explanation of the lack of activity in this case; and,

    (B)   a list of each specific step plaintiff plans to take to prosecute this case and, particularly, to proceed to file and serve an Opening Brief.

//

3. Plaintiff is ADVISED that failure to respond to this order will result in outright dismissal of the action.

IT IS SO ORDERED.

**Dated:   September 1, 2006**              /s/ Sandra M. Snyder
icido3                                  UNITED STATES MAGISTRATE JUDGE