UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICE M. SOTO,<br><br>        Plaintiff,<br><br>  v.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social<br>Security,<br><br>        Defendant. | 1:05-cv-01336-SMS<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE (DOC. 16)<br><br>**ORDER DIRECTING PLAINTIFF TO APPEAR FOR A STATUS CONFERENCE IF SHE HAS NO COUNSEL OF RECORD**<br><br>**Date:    December 8, 2006**<br>**Time:    9:30 a.m.**<br>**Ctrm:    Seven** |

    Plaintiff is proceeding pro se in an action seeking judicial review of an administrative decision of the Commissioner of Social Security that denied, in whole or in part, Plaintiff's claim for benefits under the Social Security Act.

    The Court's order to Plaintiff to show cause why the action should not be dismissed for Plaintiff's failure to file a timely opening brief came on regularly for hearing on October 6, 2006, at 9:30 a.m. in Courtroom 7 before the Honorable Sandra M. Snyder, United States Magistrate Judge. Plaintiff appeared on her own behalf. There was no appearance on behalf of Defendant.

    At the hearing the Court explained that Plaintiff had been

summoned because she had not filed an opening brief as required by the Court's scheduling order of November 14, 2005. The Court explained the basic requirements of an opening brief.[1] The Court further explained that an opening brief must be filed regardless of whether or not Plaintiff had counsel to represent her.

Plaintiff explained her unsuccessful efforts to find counsel and stated that she still desired to find counsel.

Accordingly, it IS ORDERED that

1) The order to show cause that issued on September 5, 2006, IS DISCHARGED; and

2) In view of the status of Plaintiff's efforts to find counsel, it IS ORDERED that Plaintiff IS GRANTED an extension of time to find an attorney to substitute in as formal counsel of record; if counsel has not substituted in as formal counsel of record, then Plaintiff IS DIRECTED to appear for a status conference on December 8, 2006, at 9:30 a.m., in Courtroom 7. If Plaintiff does find counsel, then upon counsel's formal substitution into the case, the Court will set a due date for the filing of Plaintiff's opening brief.

Plaintiff IS INFORMED that a failure to comply with this order may result in dismissal of the action.

IT IS SO ORDERED.

**Dated:   October 10, 2006               /s/ Sandra M. Snyder**
icido3                                    UNITED STATES MAGISTRATE JUDGE

---

[1] The Court further notes that a description of the requirements of an opening brief is set forth in the Court's scheduling order.

2