UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICE M. SOTO, | ) 1:05-cv-01336-SMS |
| | ) |
| Plaintiff, | ) ORDER DIRECTING PLAINTIFF TO FILE |
| | ) AN OPENING BRIEF NO LATER THAN |
| | ) FEBRUARY 9, 2007 |
| v. | ) |
| | ) INFORMATIONAL ORDER TO PLAINTIFF |
| JO ANNE B. BARNHART, Commissioner of Social Security, | ) ) ) |
| | ) |
| Defendant. | ) |
| | ) |

    Plaintiff is proceeding pro se in an action seeking judicial review of an administrative decision of the Commissioner of Social Security that denied, in whole or in part, Plaintiff's claim for benefits under the Social Security Act.

    Plaintiff appeared on her own behalf on December 8, 2006, at a status conference. There was no appearance on behalf of Defendant. Plaintiff informed that Court that despite her efforts, she had been unable to hire an attorney. After discussion of the nature of an opening brief and of this proceeding, Plaintiff was informed that the brief would have to be filed by Plaintiff on her own behalf.

1

1  Plaintiff was informed at the hearing that should Plaintiff
2  fail to file a timely opening brief, the Court would require
3  Plaintiff to show cause why the action should not be dismissed
4  for Plaintiff's failure to prosecute it.
5   Accordingly, Plaintiff IS DIRECTED to serve amd file her
6  opening brief no later than February 9, 2007.
7   Plaintiff IS INFORMED that a failure to comply with this
8  order may result in dismissal of the action.
9  IT IS SO ORDERED.
10 **Dated:   December 12, 2006**            **/s/ Sandra M. Snyder**
   icido3                              UNITED STATES MAGISTRATE JUDGE

2