UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICE M. SOTO, | ) 1:05-cv-01336-SMS |
|       Plaintiff, | ) ORDER GRANTING PLAINTIFF'S <br> ) REQUEST FOR AN EXTENSION OF TIME <br> ) TO FILE AN OPENING BRIEF |
|   v. | ) (DOC. 21) |
| JO ANNE B. BARNHART, <br> Commissioner of Social Security, | ) |
|       Defendant. | ) |

    Plaintiff is proceeding pro se in an action seeking judicial review of an administrative decision of the Commissioner of Social Security that denied, in whole or in part, Plaintiff's claim for benefits under the Social Security Act.

    Pending before the Court is Plaintiff's request, filed on February 8, 2007, for an extension of time within which to file an opening brief, which pursuant to the Court's order of December 12, 2006, was due to be filed on or about February 9, 2007.

    Good cause appearing, Plaintiff's request for an extension of time IS GRANTED, and Plaintiff's opening brief SHALL BE FILED no later than thirty days after the date of service of this

1  order.
2      Plaintiff is informed that a failure to comply with this
3  order, or to obtain upon a showing of good cause an extension of
4  time in which to do so, will be considered to be a failure to
5  comply with an order of the Court and may result in a
6  recommendation that the action be dismissed.
7  IT IS SO ORDERED.
8  **Dated:   February 16, 2007**          /s/ Sandra M. Snyder
   icido3                                  UNITED STATES MAGISTRATE JUDGE