UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ALICE M. SOTO, | ) | 1:05-cv-01336-SMS |
| | ) | |
| Plaintiff, | ) | **ORDER FOR PLAINTIFF TO** |
| | ) | **PERSONALLY APPEAR AND SHOW** |
| v. | ) | **CAUSE WHY THIS ACTION SHOULD** |
| | ) | **NOT BE DISMISSED FOR FAILURE** |
| JO ANNE B. BARNHART, | ) | **TO FILE AN OPENING BRIEF** |
| Commissioner of Social | ) | (Doc. 22) |
| Security, | ) | |
| | ) | **DATE:  4/13/07** |
| Defendant. | ) | **TIME:  9:30 A.M.** |
| | ) | **CTRM:  7 ~ Sixth Floor** |

Plaintiff is proceeding pro se in an action seeking judicial review of an administrative decision of the Commissioner of Social Security that denied, in whole or in part, her claim for benefits under the Social Security Act.

On December 12, 2006, the court ordered plaintiff to file an Opening Brief by February 9, 2007 (Doc. 20).  On February 8, 2007, plaintiff filed a motion for extension of time (Doc. 21). On February 21, 2007, the court granted plaintiff an additional thirty (30) days within which to comply (Doc. 22), and informing plaintiff, "...that a failure to comply with this order, or to obtain upon a showing of good cause an extension of time in which

1

to do so, will be considered to be a failure to comply with an order of the Court and may result in a recommendation that the action be dismissed." On March 23, 2007, plaintiff filed the same motion for extension of time verbatim as she did on February 8, 2007 (Doc. 23).

Therefore, it is HEREBY ORDERED that this matter is SET for hearing, at which plaintiff must PERSONALLY APPEAR, on Friday, April 13, 2007 at 9:30 a.m. in Courtroom No. 7 on the Sixth Floor of the United States Courthouse, 2500 Tulare Street, Fresno, CA, 93721, before the Honorable Sandra M. Snyder, United States Magistrate Judge, for consideration of dismissal for lack of prosecution. Plaintiff is herein ADVISED that failure to personally appear on April 13, 2007, will result in outright dismissal of the action.

IT IS SO ORDERED.

**Dated:  March 28, 2007**                      /s/ Sandra M. Snyder
icido3                                          UNITED STATES MAGISTRATE JUDGE