McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
DONNA WADE ANDERSON
Supervisory Regional Chief Counsel
Special Assistant United States Attorney
ARMAND D. ROTH
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone:  (415) 977-8943
    Facsimile:  (415) 744-0134
    E-Mail: Armand.Roth@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**FRESNO DIVISION**

| | |
|---|---|
| ALICE M. SOTO,<br><br>    Plaintiff,<br><br>      v.<br><br>MICHAEL J. ASTRUE[1],<br>Commissioner of<br>Social Security,<br><br>    Defendant. | CIVIL NO. 1:05-CV-01336-SMS<br><br>STIPULATION AND **ORDER** TO EXTEND TIME TO FILE DEFENDANT'S OPPOSITION |

    The parties, through their respective counsel, stipulate that the time for filing defendant's opposition to plaintiff's opening brief be extended by 30 days from July 8, 2007 to August 7, 2007.

    This is defendant's first request for an extension of time to file a response to plaintiff's opening brief.  Defendant needs the additional time to further review the file and prepare a response in this

---

[1] Michael J. Astrue became the Commissioner of Social Security on February 12, 2007.  Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Michael J. Astrue should, therefore, be substituted for Commissioner Jo Anne B. Barnhart as the defendant in this suit.  No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

matter, as the Special Assistant United States Attorney assigned to the case has been called out of the office on a family emergency.

                                          Respectfully submitted,

Dated: July 6, 2007                       /s/ Jonathan A. Hendricks  
                                          (As authorized via facsimile/e-mail/telephone)  
                                          JONATHAN A. HENDRICKS  
                                          Attorney for Plaintiff

Dated: July 6, 2007                       McGREGOR W. SCOTT  
                                          United States Attorney  
                                          LUCILLE GONZALES MEIS  
                                          Regional Chief Counsel, Region IX  
                                          Social Security Administration

                                          /s/ Donna W. Anderson  
                                          DONNA W. ANDERSON  
                                          Supervisory Regional Chief Counsel  
                                          Special Assistant United States Attorney  
                                          For ARMAND D. ROTH  
                                          Special Assistant U.S. Attorney

**IT IS SO ORDERED:**

Dated:  7/9/2007

                                          /s/ Sandra M. Snyder  
                                          THE HONORABLE SANDRA M. SNYDER  
                                          United States Magistrate Judge